# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R&L TRANSFER, INC. and TRUCK LEASING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> YAYA TRANSPORT, LLC and ABDIRIZAK GURE, <br><br> Defendants. | NO. 4:19-CV-0967 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 17th day of July, 2019, **IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. 3) filed by Defendants Yaya Transport, LLC and Abdirizak Gure is **DENIED**.

                                                         /s/ A. Richard Caputo
                                                         A. Richard Caputo
                                                         United States District Judge